### WILSON v. STEED.

HOLDEN, J. The decision in this case is controlled by the decision this day rendered in the case of *Metzger* v. *Steed, ante.*

*Judgment reversed. All the Justices concur.*